IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOICE FOODSERVICES, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>NOB HILL CATERING, INC., et al.,<br><br>    Defendants.<br>_____ / | No. C 13-05872 WHA<br><br>**ORDER RE DEFENDANT'S *EX PARTE* APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

    The Court will hear the motion for a temporary restraining order and/or preliminary injunction on **JANUARY 6 AT 2:00 P.M.** Any opposition is due **JANUARY 3 AT NOON**. No relief will be granted until the hearing on January 6.

    **IT IS SO ORDERED.**

Dated: December 26, 2013.

                                                            WILLIAM ALSUP<br>
                                                             UNITED STATES DISTRICT JUDGE