IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHOICE FOODSERVICES, INC,

    Plaintiff,                                     No. C 13-05872 WHA

  v.

NOB HILL CATERING, INC., et al.,            **PRELIMINARY INJUNCTION**

    Defendants.

                                        /

On January 6, plaintiff Choice Foodservices, Inc. and defendant Nob Hill Catering, Inc. appeared for a hearing on defendant's application for a temporary restraining order and/or preliminary injunction. In brief, after plaintiff filed this copyright infringement action, defendant's website, hosted by Amazon, was shut down. Defendant made revisions to its website and the revised website is currently hosted by Digital Ocean.

This order memorializes the preliminary injunction granted at the hearing. Plaintiff is hereby ordered to withdraw any and all DMCA notices directed at defendant Nob Hill Catering, Inc.'s website hosted by Digital Ocean — plaintiff has voluntarily agreed to do so. Plaintiff is further prohibited from issuing further DMCA notices directed at defendant's website hosted by Digital Ocean. Defendant shall not change its revised website so that trial can proceed on an expedited basis as scheduled.

**IT IS SO ORDERED.**

Dated: January 6, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE