IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOICE FOODSERVICES, INC., | No. C 13-05872 WHA |
| Plaintiff, | |
| v. | **ORDER RE DISMISSAL** |
| NOB HILL CATERING, INC., et al., | |
| Defendants. | |

On January 22, the parties settled this action. On January 29, the parties filed a voluntary dismissal order. FRCP 41(a) states that a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 29, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE